**George Daniel LAMB, Appellant,**

v.

**CAREMARK, PRESCRIPTION SERVICE; Yvette Saenz; Dina Reynold, Appellees.**

No. 01–3026.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 5, 2001.

Decided Nov. 14, 2001.

Before WOLLMAN, Chief Judge, BOWMAN, and LOKEN, Circuit Judges.

PER CURIAM.

George Lamb appeals the District Court's[1] pre-service dismissal of his diversity action against Caremark and two of its employees, in which he alleged that defendants refused to provide him with a brand-name medication and insisted he take the generic equivalent instead, manufacturing a letter in which they claimed to have obtained the approval of Lamb's doctor. After careful review, we conclude that the Court properly dismissed his complaint under 28 U.S.C. § 1915(e)(2)(B)(i).

Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.